RECEIVED BY MAIL
APR 2 0 2005
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

Sharon Utterback, )
)
    Plaintiff(s), )
)
vs. )   Case No. 2:04CV28 JCH
)
Truman State University, et al, )
)
    Defendant(s). )

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

In accordance with the Court's Order Referring Case to ADR, dated _February 1_, 2005,

☑ **An ADR conference was held on:** _March 11, 2005_.

☑ All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

The ADR referral was concluded on _April 10_, _____, 2005
and the parties [☑ did ☐ did not] achieve a settlement.
    Check One

☐ **Although this case was referred to ADR, a conference WAS NOT HELD.**

Comments: _____

_April 10, 2005_           _[signature]_
Date                                       Neutral